OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787--

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2

PRESORTED FIRST CLASS

COURT OF CRIMINAL...

7/1/2015

WARREN, SHYDAREON ANTONEY

Tr. Ct. No. 1415433010
WR-83,426-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant has not completed a proper verification of the prescribed form. See Ex Parte Rendon, 326 S.W. 3D 221 (Tex. Crim. App. 2010)

Abel Acosta, Clerk

SHYDAREON ANTONEY WARREN
TDC # 1919487

VAC

3B 78542